# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                               Case No. 8:09-cv-511-T-30EAJ

SOKOL SHEHU and
FATBARDH SHEHU,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Verified Application for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Dkt. 15). Plaintiff filed this action under Title III of the Americans with Disabilities Act, 42 U.S.C. §12181, et seq. On November 4, the Court entered Final Default Judgment in favor of Plaintiff. Plaintiff now requests attorneys' fees and costs as the prevailing party.

According to the time records attached to the motion, Plaintiff's attorney spent 11.5 hours at a rate of $300 per hour. The Court finds 11.5 hours to be unreasonable under the circumstances in this case. The hours spent by Plaintiff's attorney is reduced by 1.1 hours. Therefore, Plaintiff's attorney is awarded $3,120.00 (10.4 hours x $300) in attorneys' fees plus $495.00 in costs.

In addition, Plaintiff requests expert fees and costs in the amount of $2,320.42. The Court also finds this amount to be unreasonable. The Court reduces the expert's hourly rate

from $185 to $150 and reduces the hours spent by 4 hours. Plaintiff's expert is awarded a total of $1,282.92 ($150 x 8.5 hours plus $7.92 in costs).

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Attorneys' and Expert's Fees and Litigation Expenses and Costs (Dkt. 15) is **GRANTED in part** as set forth above.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-511.attorney fees.frm